No. 83–724. ROBERTS, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN RIGHTS, ET AL. *v.* UNITED STATES JAYCEES. C. A. 8th Cir. [Probable jurisdiction noted *sub nom. Gomez-Bethke* v. *United States Jaycees,* 464 U. S. 1037.] Motion of Community Business Leaders for leave to file a brief as *amicus curiae* granted.

No. 83–1334. WINSTON, SHERIFF, ET AL. *v.* LEE. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 83–5596. SPAZIANO *v.* FLORIDA. Sup. Ct. Fla. [Certiorari granted, 464 U. S. 1038.] Motion of Richard W. Ervin et al. for leave to file a brief as *amici curiae* granted.

No. 83–6032. TEDDER *v.* HANNERS ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 26, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), I would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis.*